IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVEY LEE HODGES,

      Appellant,

v.
                    Case No.  5D22-1221
                    LT Case No. 2018-CF-000322-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 8, 2023

Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Christina LaMaida, of Stevens &
LaMaida PLLC, Dade City, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.

MAKAR, BOATWRIGHT and PRATT, JJ., concur.